UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SOLOMON GERMAN, *as Administrator of the Estate of Esther S. German, deceased*,

        Plaintiff,

-against-

SUCCESS CAR RENTAL AND LEASING INC.,

        Defendant.
------------------------------------------------------------------x

**NOT FOR PUBLICATION**
**ORDER**
11-CV-3345 (CBA) (LB)

AMON, Chief United States District Judge:

    This Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, dated December 27, 2011, recommending that this action be dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for the plaintiff's failure to serve the defendant or to show good cause why service has not been effected. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and adopts in full the recommendation contained in it.

    Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to enter judgment and close the case.

    SO ORDERED.

Dated:    Brooklyn, New York
           January 31, 2012

                                                    /s/
                                        Carol Bagley Amon
                                        Chief United States District Judge